[No. 3044.   Decided December 16, 1898.]

CITY OF SEATTLE, *Appellant,* v. D. K. BAXTER, *Respondent.*

Appeal from Superior Court, King County.—Hon. WILLIAM HICKMAN MOORE, Judge.   Affirmed.

*Pratt & Riddle (W. E. Humphrey,* of counsel), for appellant.
*Harrison Bostwick (John E. Humphries,* of counsel), for respondent.

PER CURIAM.—This appeal presents but two questions for determination.   The first relates to a ruling of the court which permitted the defendant to file an amended answer.   The granting or refusing to grant an amendment rests in the sound discretion of the court (*Barnes v. Packwood,* 10 Wash. 50, 38 Pac. 857), and we do not think that its discretion was abused in the present case.

The second question is whether a wife is a necessary party to an action brought to foreclose an assessment lien.   The affirma-

tive of this question is too well settled in this state to admit of present discussion. *Littell & Smythe Mnfg. Co. v. Miller*, 3 Wash. 480 (28 Pac. 1035); *Sagmeister v. Foss*, 4 Wash. 320 (30 Pac. 80, 744); *Parke v. Seattle*, 8 Wash. 78 (35 Pac. 594); *Brotton v. Langert*, 1 Wash. 73 (23 Pac. 688).

Affirmed.